IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LEODIS RANDLE**                                                                         **PLAINTIFF**

**vs.**                            **NO. 4:18CV00125 SWW**

**PROBATION OFFICE,** *et al.*                                              **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 1st day of March, 2018.

                                               /s/ Susan Webber Wright
                                               UNITED STATES DISTRICT JUDGE